RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1950
Fax:   (202) 514-8865
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, <br><br> Defendants. | Civil Case No.  C 08-00227 SC <br><br> **NOTICE OF APPEARANCE** |

Please enter the appearance of Rochelle L. Russell as counsel for Defendants United States Environmental Protection Agency, Stephen L. Johnson, and Wayne Nastri, in the above-captioned matter. Please direct all future pleadings and correspondence to Ms. Russell at the following addresses:

**MAILING ADDRESS**

Rochelle L. Russell
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

**OVERNIGHT ADDRESS (Not to be used for regular mail)**
Rochelle L. Russell
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, D.C. 20004

**TELEPHONE**     (202) 514-1950

**FACSIMILE**     (202) 514-8865

**E-MAIL**        rochelle.russell@usdoj.gov

Respectfully submitted,

Dated:   January 23, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney,
U.S. Department of Justice
Environmental Defense Section
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on <u>January 23, 2008</u>, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served electronically via the Court's e-filing system to Counsel of Record.

<u> /s/ Rochelle L. Russell </u><br>
ROCHELLE L. RUSSELL