1  BRENT NEWELL (SBN 210312)
   LUKE W. COLE (SBN 145505)
2  CENTER ON RACE, POVERTY & THE ENVIRONMENT
   47 Kearny Street, Suite 804
3  San Francisco, CA 94108
   Telephone:   (415) 346-4179
4  Fax:         (415) 346-8723
   Email:       bjnewell@igc.org
5

6  Attorneys for Plaintiff
   Association of Irritated Residents
7
   DAVID PETTIT (SBN 067128)
8  MELISSA LIN PERRELLA (SBN 205019)
   ADRIANO MARTINEZ (SBN 237152)
9  NATURAL RESOURCES DEFENSE COUNCIL
   1314 Second Street
10 Santa Monica, CA 90401
   Telephone:   (310) 434-2300
11 Facsimile:   (310) 434-2399
   Email:       amartinez@nrdc.org
12
   Attorneys for Plaintiff
13 Natural Resources Defense Council, Inc.

14              **IN THE U.S. DISTRICT COURT**

15           **FOR THE NORTHEN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

17

18 ASSOCIATION OF IRRITATED RESIDENTS, an    )   No. CV-08-0227-SC
   unincorporated association, and NATURAL   )
19 RESOURCES DEFENSE COUNCIL, INC.           )   **PROOF OF SERVICE ON THE**
                                             )   **UNITED STATES ATTORNEY**
20            Plaintiffs,                    )
                                             )
21       v.                                  )
                                             )
22 UNITED STATES ENVIRONMENTAL               )
   PROTECTION AGENCY, STEPHEN L. JOHNSON,    )
23 in his official capacity as Administrator of the United )
   States Environmental Protection Agency, and )
24 WAYNE NASTRI, in his official capacity as  )
   Regional Administrator for Region IX of the United )
25 States Environmental Protection Agency,   )
                                             )
26            Defendants.                    )
                                             )
27 _____  )

28

1. I, Charles Montgomery, am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 41 Sutter Street, #1661, San Francisco, CA 94104.

2. On January 15, 2008, I served the COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (two copies); SUMMONS; CIVIL COVER SHEET; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and ECF REGISTRATION INFORMATION HANDOUT on Tiffany Chiu, the person who stated she was authorized to accept service on behalf of the United States Attorney for the Northern District of California, located at 450 Golden Gate Avenue, 9th Floor, San Francisco, California, 94102. Service fees of $55 were incurred.

I declare under penalty of perjury that the foregoing is true and correct and that this Return of Service was executed this 16th day of January 2008, in San Francisco, California.

*[signature]*
Charles Montgomery

PROOF OF SERVICE                    1

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE 1/15/08 |
| Name of SERVER Charles Montgomery | | TITLE process server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
Tiffany Chiu, person authorized to accept
US District Attorney
450 Golden Gate Ave/9th Fl
San Francisco CA 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55 | TOTAL $55 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/15/08
         Date

Signature of Server

Docket Rocket
41 Sutter St., #1661
Address of Server
San Francisco, CA 94104

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure