1  BRENT NEWELL (SBN 210312)
   LUKE W. COLE (SBN 145505)
2  CENTER ON RACE, POVERTY & THE ENVIRONMENT
   47 Kearny Street, Suite 804
3  San Francisco, CA 94108
   Telephone:   (415) 346-4179
4  Fax:         (415) 346-8723
   Email:       bjnewell@igc.org
5

6  Attorneys for Plaintiff
   Association of Irritated Residents
7

   DAVID PETTIT (SBN 067128)
8  MELISSA LIN PERRELLA (SBN 205019)
   ADRIANO MARTINEZ (SBN 237152)
9  NATURAL RESOURCES DEFENSE COUNCIL
   1314 Second Street
10 Santa Monica, CA 90401
   Telephone:   (310) 434-2300
11 Facsimile:   (310) 434-2399
   Email:       amartinez@nrdc.org
12

   Attorneys for Plaintiff
13 Natural Resources Defense Council, Inc.

14                        IN THE U.S. DISTRICT COURT

15                FOR THE NORTHEN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17

18 ASSOCIATION OF IRRITATED RESIDENTS, an      )  No. CV-08-0227-SC
   unincorporated association, and NATURAL     )
19 RESOURCES DEFENSE COUNCIL, INC.             )  **PROOF OF SERVICE**
                                               )
20         Plaintiffs,                         )
                                               )
21    v.                                       )
                                               )
22 UNITED STATES ENVIRONMENTAL                 )
   PROTECTION AGENCY, STEPHEN L. JOHNSON,      )
23 in his official capacity as Administrator of the United )
   States Environmental Protection Agency, and )
24 WAYNE NASTRI, in his official capacity as   )
   Regional Administrator for Region IX of the United )
25 States Environmental Protection Agency,     )
                                               )
26         Defendants.                         )
                                               )
27 _____ )

28

I, Penny Primo, am a resident of the State of California, over the age of eighteen years, and not a party to this action. My business address is 1314 Second Street, Santa Monica, CA 90401.

On January 15, 2008, I served the COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (two copies); SUMMONS; CIVIL COVER SHEET; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and ECF REGISTRATION INFORMATION HANDOUT on the following by certified mail:

Wayne Nastri, Regional Administrator
U.S. EPA Region IX
75 Hawthorne Street
San Francisco, CA 94105

Stephen L. Johnson, Administrator
U.S. EPA
Ariel Rios Building
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

Hon. Michael B. Mukasey
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

I declare under penalty of perjury that the foregoing is true and correct and that this Return of Service was executed this 16th day of January 2008, in Santa Monica, California.

*Penny Primo* (signature)

Penny Primo

PROOF OF SERVICE         1