1  BRENT NEWELL (SBN 210312)
   LUKE W. COLE (SBN 145505)
2  CENTER ON RACE, POVERTY & THE ENVIRONMENT
   47 Kearny Street, Suite 804
3  San Francisco, CA 94108
   Telephone:   (415) 346-4179
4  Fax:         (415) 346-8723
   Email:       bjnewell@igc.org
5

6  Attorneys for Plaintiff
   Association of Irritated Residents
7
   DAVID PETTIT (SBN 067128)
8  MELISSA LIN PERRELLA (SBN 205019)
   ADRIANO MARTINEZ (SBN 237152)
9  NATURAL RESOURCES DEFENSE COUNCIL
   1314 Second Street
10 Santa Monica, CA  90401
   Telephone:   (310) 434-2300
11 Facsimile:   (310) 434-2399
   Email:       amartinez@nrdc.org
12
   Attorneys for Plaintiff
13 Natural Resources Defense Council, Inc.

14                     **IN THE U.S. DISTRICT COURT**

15              **FOR THE NORTHEN DISTRICT OF CALIFORNIA**

16                        **SAN FRANCISCO DIVISION**

17

18 ASSERVICEATION OF IRRITATED RESIDENTS, an  )   No. CV-08-0227-SC
   unincorporated association, and NATURAL   )
19 RESOURCES DEFENSE COUNCIL, INC.            )   **SUMMONS RETURNED**
                                              )   **EXECUTED**
20            Plaintiffs,                     )
                                              )
21      v.                                    )
                                              )
22 UNITED STATES ENVIRONMENTAL                )
   PROTECTION AGENCY, STEPHEN L. JOHNSON,     )
23 in his official capacity as Administrator of the United  )
   States Environmental Protection Agency, and )
24 WAYNE NASTRI, in his official capacity as    )
   Regional Administrator for Region IX of the United )
25 States Environmental Protection Agency,     )
                                              )
26            Defendants.                     )
   _____      )
27

28

Plaintiffs Association of Irritated Residents and Natural Resources Defense Council (collectively "AIR") return the summons to

    1. The U.S. Environmental Protection Agency, attached as Exhibit 1;

    2. Stephen L. Johnson, in his official capacity as Administrator for the U.S. Environmental Protection Agency, attached as Exhibit 2; and

    3. Wayne Nastri, in his official capacity as Administrator for the U.S. Environmental Protection Agency, attached as Exhibit 3.

AIR served the summons, complaint, and other documents required by the Court on Defendants U.S. Environmental Protection Agency, Stephen L. Johnson, and Wayne Nastri pursuant to FED. R. CIV. P. 4(i)(2)(A), as set forth in the Proof of Service (Docket #4) and the Proof of Service (Docket #5).

Dated: January 24, 2008        Respectfully submitted,

                                      CENTER ON RACE, POVERTY & THE ENVIRONMENT

                                      /s/ Brent Newell
                                      Brent Newell
                                        Attorney for Plaintiff
                                        Association of Irritated Residents

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Association of Irritated Residents, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-08-0227 SC

V.

U.S. Environmental Protection Agency, et. al.

TO: (Name and address of defendant)

U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave. NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brent Newell
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1/14/08

ALFRED AMISTOSO
(BY) DEPUTY CLERK

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Association of Irritated Residents, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-08-0227 SC

V.

U.S. Environmental Protection Agency, et. al.

TO: (Name and address of defendant)

Stephen L Johnson, Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave. NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brent Newell
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1/14/08

ALFRED AMISTOS
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Association of Irritated Residents, et al. | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: CV-08-0227 SC |
| U.S. Environmental Protection Agency, et. al. | |

TO: (Name and address of defendant)

Wayne Nastri, Regional Administrator
U.S. Environmental Protection Agency
Region IX
75 Hawthorne St.
San Francisco, CA 94105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brent Newell
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1/14/08

ALFRED AMISTOSO
(BY) DEPUTY CLERK