RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:   (202) 514-1950
Fax:   (202) 514-8865
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>　　　　Defendants. | No. CV 08-00227 SC<br><br>**STIPULATION TO AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR INITIAL DISCOVERY AND CASE MANAGEMENT CONFERENCE** |

1    WHEREAS, on January 14, 2008, the Association of Irritated Residents and the Natural
2 Resources Defense Council, Inc., (collectively, "Plaintiffs") filed the complaint in the above-
3 captioned matter against the United States Environmental Protection Agency; Stephen L.
4 Johnson, in his official capacity as Administrator of the United States Environmental Protection
5 Agency; and Wayne Nastri, in his official capacity as Administrator for Region IX of the United
6 States Environmental Protection Agency (collectively, "EPA" or "Defendants"), alleging that
7 EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean
8 Air Act, 42 U.S.C. § 7604(a)(2);

9    WHEREAS, Plaintiffs and EPA currently are working toward settlement of this case;

10    WHEREAS, Plaintiffs and EPA agree and acknowledge that any settlement of this case
11 must be approved by authorized officials at the U.S. Department of Justice and EPA, a process
12 that can take several weeks;

13    WHEREAS, at least 30 days before any final settlement of this matter can be entered,,
14 EPA must provide notice of such settlement in the Federal Register and an opportunity for public
15 comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

16    WHEREAS, no previous requests for extensions of time have been filed in this case and
17 the parties believe that the requested extensions below will not adversely affect the schedule of
18 this case;

19    NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through
20 their undersigned counsel, hereby stipulate to the entry of an order that:

21    1.    Extends EPA's deadline for responding to Plaintiffs' complaint by 45 days to May
22 1, 2008;

23    2.    Continues the parties' deadline to meet and confer regarding initial disclosures,
24 early settlement, ADR process selection and certification, and discovery planning to May 23,
25 2008;

26    3.    Continues the parties' deadline to file initial disclosures, a Case Management
27 Statement, and a Rule 26(f) Report to June 6, 2008;

28    4.    Continues the initial case management conference to June 13, 2008.

**COUNSEL FOR PLAINTIFFS:**

Dated: March 14, 2008         /s/ Brent Newell
                              BRENT NEWELL
                              Center On Race, Poverty & the Environment
                              47 Kearney Street, Suite 804
                              San Francisco, CA 94108
                              Phone: (415) 346-4179
                              Email: bjnewell@igc.org
                              *Counsel for Plaintiff Association of Irritated Residents*

Dated: March 14, 2008         /s/ Adriano Martinez
                              ADRIANO MARTINEZ
                              Natural Resources Defense Council
                              1314 Second Street
                              Santa Monica, CA 90401
                              Phone: (310) 434-2300
                              Email: amartinez@nrdc.org
                              *Counsel for Plaintiff Natural Resources Defense Council*

**COUNSEL FOR DEFENDANTS:**

Dated: March 14, 2008         RONALD J. TENPAS
                              Assistant Attorney General
                              Environment & Natural Resources Division

                               /s/ Rochelle L. Russell
                              ROCHELLE L. RUSSELL
                              Trial Attorney,
                              U.S. Department of Justice
                              Environmental Defense Section
                              P.O. Box 23986
                              Washington, D.C. 20026-3986
                              Tel:   (202) 514-1950
                              Email: rochelle.russell@usdoj.gov
                              *Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/17/08



JUDGE
U.S. District

Stipulation to Extend Answer,
Initial Discovery and Case Management Dates                              No. CV 08-00227 SC

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2008, a true and correct copy of the foregoing **STIPULATION TO AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR INITIAL DISCOVERY AND CASE MANAGEMENT CONFERENCE** was served electronically via the Court's e-filing system to Counsel of Record.

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL