BRENT NEWELL SBN 210,312
LUKE W. COLE SBN 145,505
SOFIA L. SARABIA SBN 221,379
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:  (415) 346-4179
Fax:        (415) 346-8723
Email:      ssarabia@crpe-ej.org

Attorneys for Plaintiff
Association of Irritated Residents

DAVID PETTIT SBN 67,128
MELISSA LIN PERRELLA SBN 205,019
ADRIANO MARTINEZ SBN 237,152
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA  90401
Telephone:  (310) 434-2300
Facsimile:  (310) 434-2399
Email:      amartinez@nrdc.org

Attorneys for Plaintiff
Natural Resources Defense Council, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, <br><br> Defendants. | Civil Case No.  C 08-00227 SC <br><br> **Notice of Appearance** |

The Association of Irritated Residents has previously designated the following attorneys from Center on Race, Poverty & the Environment as counsel for service in this action:

Name: Brent Newell

In addition, the Association of Irritated Residents hereby designates the following attorney from Center on Race, Poverty & the Environment as counsel for service in this action and she should be added to the civil docket for receipt of all electronic filings in this case:

Name: Sofia L. Sarabia, CA Bar # 221379
ssarabia@crpe-ej.org

Dated: May 22, 2008

Respectfully submitted,
CENTER ON RACE, POVERTY & THE
   ENVIRONMENT

/s/
Sofia L. Sarabia
Attorney for Plaintiff
Association of Irritated Residents