1 | BRENT NEWELL SBN 210,312
2 | LUKE W. COLE SBN 145,505
  | SOFIA L. SARABIA SBN 221,379
3 | CENTER ON RACE, POVERTY & THE ENVIRONMENT
  | 47 Kearny Street, Suite 804
4 | San Francisco, CA 94108
  | Telephone:    (415) 346-4179
5 | Fax:          (415) 346-8723
  | Email:        ssarabia@crpe-ej.org
6
  | Attorneys for Plaintiff
7 | Association of Irritated Residents

8 | DAVID PETTIT SBN 67,128
  | MELISSA LIN PERRELLA SBN 205,019
9 | ADRIANO MARTINEZ SBN 237,152
  | NATURAL RESOURCES DEFENSE COUNCIL
10 | 1314 Second Street
   | Santa Monica, CA  90401
11 | Telephone:    (310) 434-2300
   | Facsimile:    (310) 434-2399
12 | Email:        amartinez@nrdc.org

13 | Attorneys for Plaintiff
   | Natural Resources Defense Council, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>         Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>         Defendants. | Civil Case No.  C 08-00227 SC<br><br>**STIPULATION TO THE ENTRY OF AN ORDER EXTENDING TIME TO CONTINUE INITIAL DISCOVERY AND CASE MANAGEMENT CONFERENCE** |

WHEREAS, on January 14, 2008, the Association of Irritated Residents and the Natural Resources Defense Council, Inc., (collectively, "Plaintiffs") filed the complaint in the above-captioned matter against the United States Environmental Protection Agency; Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency; and Wayne Nastri, in his official capacity as Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA" or "Defendants"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, Plaintiffs and EPA currently have a settlement in principle, the agreement for which the parties intend to be entered through a Consent Decree;

WHEREAS, Plaintiffs and EPA believe they will need approximately 30 days from today's date to lodge a proposed Consent Decree with this Court, which must first be approved by authorized officials at the U.S. Department of Justice and EPA, a process that can take several weeks;

WHEREAS, Plaintiffs and EPA agree and acknowledge that at least 30 days before any final settlement of this matter is reached and/or entered by the Court, EPA must provide notice of such settlement in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, Plaintiffs and EPA previously stipulated to a continuance, however, in light of the settlement in principle, Plaintiffs and EPA seek to conserve litigant and Court resources and believe that the requested extensions below will not adversely affect the schedule or resolution of this case;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to the entry of an order that:

1.      Continues the parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection and certification, and discovery planning from May 23, 2008 to July 11, 2008;

2. Continues the parties' deadline to file initial disclosures, a Case Management Statement, and a Rule 26(f) Report from June 6, 2008 to July 25, 2008;

3. Continues the initial case management conference from June 13, 2008 to August 1, 2008.

**COUNSEL FOR PLAINTIFFS:**

Dated:  May 22, 2008             /s/
                                 SOFIA L. SARABIA
                                 Center On Race, Poverty & the Environment
                                 47 Kearney Street, Suite 804
                                 San Francisco, CA 94108
                                 Phone: (415) 346-4179
                                 Email: ssarabia@crpe-ej.org
                                 *Counsel for Plaintiff Center On Race, Poverty & the Environment*

Dated:  May 22, 2008             /s/
                                 ADRIANO MARTINEZ
                                 Natural Resources Defense Council
                                 1314 Second Street
                                 Santa Monica, CA 90401
                                 Phone: (310) 434-2300
                                 Email: amartinez@nrdc.org
                                 *Counsel for Natural Resources Defense Council*

**COUNSEL FOR DEFENDANTS:**

Dated:  May 22, 2008             RONALD J. TENPAS
                                 Assistant Attorney General
                                 Environment & Natural Resources Division

                                    /s/
                                 ROCHELLE L. RUSSELL
                                 Trial Attorney,
                                 U.S. Department of Justice
                                 Environmental Defense Section
                                 P.O. Box 23986
                                 Washington, D.C. 20026-3986
                                 Tel:   (202) 514-1950
                                 Email: rochelle.russell@usdoj.gov
                                 *Counsel for Defendants*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                  U.S. District Court Judge