BRENT NEWELL SBN 210,312
LUKE W. COLE SBN 145,505
SOFIA L. SARABIA SBN 221,379
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:    (415) 346-4179
Fax:              (415) 346-8723
Email:           ssarabia@crpe-ej.org

Attorneys for Plaintiff
Association of Irritated Residents

DAVID PETTIT SBN 67,128
MELISSA LIN PERRELLA SBN 205,019
ADRIANO MARTINEZ SBN 237,152
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA  90401
Telephone:    (310) 434-2300
Facsimile:     (310) 434-2399
Email:           amartinez@nrdc.org

Attorneys for Plaintiff
Natural Resources Defense Council, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>Defendants. | Civil Case No.  C 08-00227 SC<br><br>**STIPULATION TO THE ENTRY OF AN ORDER EXTENDING TIME TO CONTINUE INITIAL DISCOVERY AND CASE MANAGEMENT CONFERENCE** |

WHEREAS, on January 14, 2008, the Association of Irritated Residents and the Natural Resources Defense Council, Inc., (collectively, "Plaintiffs") filed the complaint in the above-captioned matter against the United States Environmental Protection Agency; Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency; and Wayne Nastri, in his official capacity as Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA" or "Defendants"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, Plaintiffs and EPA currently have a settlement in principle, the agreement for which the parties intend to be entered through a Consent Decree;

WHEREAS, Plaintiffs and EPA believe they will need approximately 30 days from today's date to lodge a proposed Consent Decree with this Court, which must first be approved by authorized officials at the U.S. Department of Justice and EPA, a process that can take several weeks;

WHEREAS, Plaintiffs and EPA agree and acknowledge that at least 30 days before any final settlement of this matter is reached and/or entered by the Court, EPA must provide notice of such settlement in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, Plaintiffs and EPA previously stipulated to a continuance, however, in light of the settlement in principle, Plaintiffs and EPA seek to conserve litigant and Court resources and believe that the requested extensions below will not adversely affect the schedule or resolution of this case;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to the entry of an order that:

1.    Continues the parties' deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection and certification, and discovery planning from May 23, 2008 to July 11, 2008;

    2.    Continues the parties' deadline to file initial disclosures, a Case Management Statement, and a Rule 26(f) Report from June 6, 2008 to July 25, 2008;

    3.    Continues the initial case management conference from June 13, 2008 to August 1, 2008.

**COUNSEL FOR PLAINTIFFS:**

Dated: May 22, 2008

/s/
SOFIA L. SARABIA
Center On Race, Poverty & the Environment
47 Kearney Street, Suite 804
San Francisco, CA 94108
Phone: (415) 346-4179
Email: ssarabia@crpe-ej.org
*Counsel for Plaintiff Center On Race, Poverty & the Environment*

Dated: May 22, 2008

/s/
ADRIANO MARTINEZ
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
Phone: (310) 434-2300
Email: amartinez@nrdc.org
*Counsel for Natural Resources Defense Council*

**COUNSEL FOR DEFENDANTS:**

Dated: May 22, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/
ROCHELLE L. RUSSELL
Trial Attorney,
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1950
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]

3

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____

U.S. District Court Judge