RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-1950
Fax:    (202) 514-8865
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, <br><br> Defendants. | No. CV 08-00227 SC <br><br> **STIPULATION TO STAY THE CASE PENDING PUBLIC COMMENT ON THE PROPOSED CONSENT DECREE** |

1  WHEREAS, on January 14, 2008, the Association of Irritated Residents and the Natural Resources Defense Council, Inc., (collectively, "Plaintiffs") filed the complaint in the above-captioned matter against the United States Environmental Protection Agency; Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency; and Wayne Nastri, in his official capacity as Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA" or "Defendants"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, on June 30, 2008, EPA lodged a proposed Consent Decree with the Court, DE #15, which would fully resolve the claims alleged against EPA in Plaintiffs' complaint;

WHEREAS, before the proposed Consent Decree can be entered by the Court, EPA must provide notice of the Consent Decree in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

WHEREAS, the EPA Administrator will promptly consider any written comments received on the proposed Consent Decree and, if none of the comments disclose facts or considerations which indicate that the Decree is inappropriate, improper, inadequate, or inconsistent with the requirements of the Clean Air Act, EPA will move for the Court's entry of the Consent Decree;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to stay the case pending public comment on the proposed Consent Decree. Upon the completion of EPA's review of the public comments, EPA will either move for entry of the Consent Decree or notify the Court of any additional action that may be required in light of the public comments.

**COUNSEL FOR PLAINTIFFS:**

Dated: July 8, 2008        /s/  Sofia L. Sarabia
                           SOFIA L. SARABIA
                           BRENT NEWELL
                           Center On Race, Poverty & the Environment
                           47 Kearney Street, Suite 804
                           San Francisco, CA 94108
                           Phone: (415) 346-4179

Stipulation to Stay                                    No. CV 08-00227 SC

2

```
                                        Email: bjnewell@igc.org
                                        Counsel for Plaintiff Association of Irritated
                                        Residents

Dated:  July 8, 2008                     /s/ Adriano Martinez
                                        ADRIANO MARTINEZ
                                        Natural Resources Defense Council
                                        1314 Second Street
                                        Santa Monica, CA 90401
                                        Phone: (310) 434-2300
                                        Email: amartinez@nrdc.org
                                        Counsel for Plaintiff Natural Resources Defense
                                        Council
```

**COUNSEL FOR DEFENDANTS:**

Dated:  July 8, 2008                     RONALD J. TENPAS
                                        Assistant Attorney General
                                        Environment & Natural Resources Division

                                         /s/ Rochelle L. Russell
                                        ROCHELLE L. RUSSELL
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington, D.C. 20026-3986
                                        Tel:    (202) 514-1950
                                        Email: rochelle.russell@usdoj.gov
                                        *Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____              _____

                                        JUDGE SAMUEL CONTI
                                        U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2008, a true and correct copy of the foregoing **STIPULATION TO STAY THE CASE PENDING PUBLIC COMMENT ON THE PROPOSED CONSENT DECREE** was served electronically via the Court's e-filing system to Counsel of Record.

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL