1   RONALD J. TENPAS
    Assistant Attorney General
2   Environment & Natural Resources Division

3   ROCHELLE L. RUSSELL (CA Bar No. 244992)
    Trial Attorney
4   U.S. Department of Justice
    Environment & Natural Resources Division
5   Environmental Defense Section
    P.O. Box 23986
6   Washington, D.C. 20026-3986
    Tel:    (202) 514-1950
7   Fax:    (202) 514-8865
    Email: rochelle.russell@usdoj.gov
8   *Counsel for Defendants*

9

10                      UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

14
    ASSOCIATION OF IRRITATED                )   No. CV 08-00227 SC
15  RESIDENTS, an unincorporated association, )
    and NATURAL RESOURCES DEFENSE            )
16  COUNCIL, INC.,                           )   **STIPULATION TO STAY THE**
                                             )   **CASE PENDING PUBLIC**
17              Plaintiffs,                  )   **COMMENT ON THE PROPOSED**
                                             )   **CONSENT DECREE**
18          v.                               )
                                             )
19  UNITED STATES ENVIRONMENTAL             )
    PROTECTION AGENCY, STEPHEN L.            )
20  JOHNSON, in his official capacity as     )
    Administrator of the United States       )
21  Environmental Protection Agency, and     )
    WAYNE NASTRI, in his official capacity as )
22  Regional Administrator for Region IX of the )
    United States Environmental Protection   )
23  Agency,                                  )
                                             )
24              Defendants.                  )

25

26

27

28

1    WHEREAS, on January 14, 2008, the Association of Irritated Residents and the Natural

2    Resources Defense Council, Inc., (collectively, "Plaintiffs") filed the complaint in the above-

3    captioned matter against the United States Environmental Protection Agency; Stephen L.

4    Johnson, in his official capacity as Administrator of the United States Environmental Protection

5    Agency; and Wayne Nastri, in his official capacity as Administrator for Region IX of the United

6    States Environmental Protection Agency (collectively, "EPA" or "Defendants"), alleging that

7    EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean

8    Air Act, 42 U.S.C. § 7604(a)(2);

9    WHEREAS, on June 30, 2008, EPA lodged a proposed Consent Decree with the Court,

10   DE #15, which would fully resolve the claims alleged against EPA in Plaintiffs' complaint;

11   WHEREAS, before the proposed Consent Decree can be entered by the Court, EPA must

12   provide notice of the Consent Decree in the Federal Register and an opportunity for public

13   comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

14   WHEREAS, the EPA Administrator will promptly consider any written comments

15   received on the proposed Consent Decree and, if none of the comments disclose facts or

16   considerations which indicate that the Decree is inappropriate, improper, inadequate, or

17   inconsistent with the requirements of the Clean Air Act, EPA will move for the Court's entry of

18   the Consent Decree;

19   NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through

20   their undersigned counsel, hereby stipulate to stay the case pending public comment on the

21   proposed Consent Decree.  Upon the completion of EPA's review of the public comments, EPA

22   will either move for entry of the Consent Decree or notify the Court of any additional action that

23   may be required in light of the public comments.

24

25   **COUNSEL FOR PLAINTIFFS:**

26

Dated:  July 8, 2008                          /s/  Sofia L. Sarabia

27                                            SOFIA L. SARABIA
                                             BRENT NEWELL
28                                            Center On Race, Poverty & the Environment
                                             47 Kearney Street, Suite 804
                                             San Francisco, CA 94108
                                             Phone: (415) 346-4179

1

Email: bjnewell@igc.org
*Counsel for Plaintiff Association of Irritated*

2

*Residents*

3

Dated:  July 8, 2008                  /s/ Adriano Martinez

ADRIANO MARTINEZ

4

Natural Resources Defense Council
1314 Second Street

5

Santa Monica, CA 90401
Phone: (310) 434-2300

6

Email: amartinez@nrdc.org
*Counsel for Plaintiff Natural Resources Defense*

7

*Council*

8

**COUNSEL FOR DEFENDANTS:**

9

10

Dated:  July 8, 2008                  RONALD J. TENPAS

Assistant Attorney General

11

Environment & Natural Resources Division

12

/s/ Rochelle L. Russell

ROCHELLE L. RUSSELL

13

Trial Attorney
U.S. Department of Justice

14

Environmental Defense Section
P.O. Box 23986

15

Washington, D.C. 20026-3986
Tel:    (202) 514-1950

16

Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

17

18

19

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21

Dated:  7/9/08 _____          _____

22

JUDGE SAMU...

IT IS SO ORDERED

23

U.S.D...

*Judge Samuel Conti*

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2     I certify that on July 8, 2008, a true and correct copy of the foregoing **STIPULATION**

3 **TO STAY THE CASE PENDING PUBLIC COMMENT ON THE PROPOSED**

4 **CONSENT DECREE** was served electronically via the Court's e-filing system to Counsel of

5 Record.

6

7                                         /s/ Rochelle L. Russell

8                                         ROCHELLE L. RUSSELL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28