IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASSOCIATION OF IRRITATED RESIDENTS, et al.,
    Plaintiff(s),

v.                                                                                              No. C-08-227-SC

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,
    Defendant(s).                                                    Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled the parties **Joint Motion to Enter Consent Decree** on **Monday, September 15, 2008 at 1:30 P.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 10, 2008                                    FOR THE COURT,

                                                                           Richard W. Wieking, Clerk

                                                                           By:  T. De Martini
                                                                               Courtroom Deputy Clerk

United States District Court
For the Northern District of California