**United States District Court**
For the Northern District of California

1

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

ASSOCIATION OF IRRITATED RESIDENTS, et al.,

Plaintiff(s),

5

v.                                                No.  C-08-227-SC

6

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al,

7

Defendant(s).                           Clerk's Notice

8 ———————————————————— /

9

10

11 YOU ARE NOTIFIED THAT the Court has **VACATED** the hearing on the parties Joint Motion to

Enter Consent Decree  before the Honorable Samuel Conti.

12

13

14

15

16

17

18

19

20

21 Dated:  September 10, 2008                    FOR THE COURT,

22                                               Richard W. Wieking, Clerk

23

                                              By:  T. De Martini
24                                                  Courtroom Deputy Clerk

25

26

27

28