1  BRENT NEWELL SBN 210,312
   LUKE W. COLE SBN 145,505
2  SOFIA L. SARABIA SBN 221,379
   CENTER ON RACE, POVERTY & THE ENVIRONMENT
3  47 Kearny Street, Suite 804
   San Francisco, CA 94108
4  Telephone:    (415) 346-4179
   Fax:          (415) 346-8723
5  Email:        ssarabia@crpe-ej.org

6
   Attorneys for Plaintiff
7  Association of Irritated Residents

8  DAVID PETTIT SBN 67,128
   MELISSA LIN PERRELLA SBN 205,019
9  ADRIANO MARTINEZ SBN 237,152
   NATURAL RESOURCES DEFENSE COUNCIL
10 1314 Second Street
   Santa Monica, CA 90401
11 Telephone:    (310) 434-2300
   Facsimile:    (310) 434-2399
12 Email:        amartinez@nrdc.org

13
   Attorneys for Plaintiff
14 Natural Resources Defense Council, Inc.

15

16                UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19 | ASSOCIATION OF IRRITATED | Civil Case No. C 08-00227 SC
20 | RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE |
21 | COUNCIL, INC., | **STIPULATION TO THE ENTRY OF AN ORDER EXTENDING TIME TO FILE BILL OF COSTS AND**
22 |         Plaintiffs, | **MOTION FOR ATTORNEYS' FEES**
23 |    v. |
24 | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. |
25 | JOHNSON, in his official capacity as Administrator of the United States |
26 | Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as |
27 | Regional Administrator for Region IX of the United States Environmental Protection |
28 | Agency, |
   |         Defendants. |

WHEREAS, on January 14, 2008, the Association of Irritated Residents and the Natural Resources Defense Council, Inc., (collectively, "AIR") filed the complaint in the above-captioned matter against the United States Environmental Protection Agency; Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency; and Wayne Nastri, in his official capacity as Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA" or "Defendants"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, this Court entered a Consent Decree on September 12, 2008 (Document #21);

WHEREAS, paragraph 12 of the Consent Decree allows AIR to file a bill of costs pursuant to Local Rule 54-1 and a motion for costs of litigation, including reasonable attorneys' fees, pursuant to 42 U.S.C. § 7604(d) and Local Rule 54-6, within 60 days after entry of the Consent Decree;

WHEREAS, AIR and EPA have made significant progress towards settling the amount of costs and attorneys' fees and require additional time to complete a settlement prior to the November 11, 2008 deadline for AIR to file a bill of costs and motion for attorneys' fees;

WHEREAS, AIR and EPA seek to conserve litigant and judicial resources and believe that a 45-day extension will allow the parties to resolve costs and fees without placing a burden on the Court;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to the entry of an order that:

1. Continues the deadline for AIR to file a bill of costs pursuant to Local Rule 54-1 and a motion for costs of litigation, including reasonable attorneys' fees, pursuant to Local Rule 54-6, for an additional 45 days from November 11, 2008 to December 26, 2008.

///

///

**COUNSEL FOR PLAINTIFFS:**

Dated:  October 30, 2008        /s/ Sofia L. Sarabia
                                SOFIA L. SARABIA
                                Center On Race, Poverty & the Environment
                                47 Kearney Street, Suite 804
                                San Francisco, CA 94108
                                Phone: (415) 346-4179
                                Email: ssarabia@crpe-ej.org
                                *Counsel for Plaintiff Association of Irritated Residents*

Dated:  October 30, 2008        /s/ Adriano Martinez
                                ADRIANO MARTINEZ
                                Natural Resources Defense Council
                                1314 Second Street
                                Santa Monica, CA 90401
                                Phone: (310) 434-2300
                                Email: amartinez@nrdc.org
                                *Counsel for Natural Resources Defense Council*

**COUNSEL FOR DEFENDANTS:**

Dated:  October 30, 2008        RONALD J. TENPAS
                                Assistant Attorney General
                                Environment & Natural Resources Division

                                /s/ Rochelle L. Russell
                                ROCHELLE L. RUSSELL
                                Trial Attorney,
                                U.S. Department of Justice
                                Environmental Defense Section
                                P.O. Box 23986
                                Washington, D.C. 20026-3986
                                Tel:    (202) 514-1950
                                Email: rochelle.russell@usdoj.gov
                                *Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 31, 2008        _____
                                Hon. Samuel Conti
                                Senior Judge
                                United States District Court

*IT IS SO ORDERED*
*Judge Samuel Conti*
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

3