RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6485
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, <br><br> Defendants. | No. CV 08-00227 SC <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND CONSENT DECREE DEADLINES** |

1   WHEREAS, Plaintiffs' complaint in this matter alleges that Defendants United States
2  Environmental Protection Agency; Stephen L. Johnson, in his official capacity as Administrator
3  of the United States Environmental Protection Agency; and Wayne Nastri, in his official capacity
4  as Administrator for Region IX of the United States Environmental Protection Agency
5  (collectively, "EPA") failed to act on the following three state implementation plans ("SIPs")
6  within the time lines set forth in section 110(k)(2) of the Clean Air Act, 42 U.S.C. § 7410(k)(2):
7  (1) the 2003 State and Federal Strategy for the California State Implementation Plan ("2003 State
8  SIP"); (2) the 2004 San Joaquin Valley Extreme Ozone Attainment Demonstration Plan ("2004
9  San Joaquin Valley SIP"); and (3) the 2003 Air Quality Management Plan for the South Coast
10 Air Quality Management District ("2003 South Coast SIP");
11  WHEREAS, on September 12, 2008, the Court entered a Consent Decree, Dkt. 21, which
12 requires EPA to sign for publication in the Federal Register notices of the Agency's proposed
13 actions on each of the SIPs by October 15, 2008, and notices of the Agency's final actions on
14 each of the SIPs by January 15, 2009;
15  WHEREAS, EPA has met the October 15, 2008 proposed action deadline for all three
16 SIPs, and expects to meet the January 15, 2009 final action deadline for the 2003 South Coast
17 SIP and those portions of the 2003 State SIP that pertain to the 2003 South Coast SIP;
18  WHEREAS, EPA received a number of substantive public comments in response to the
19 Agency's proposed approval of the 2004 San Joaquin Valley SIP and those portions of the 2003
20 State SIP that pertain to the 2004 San Joaquin Valley SIP;
21  WHEREAS, EPA requires additional time to review those comments and to take final
22 action on the 2004 San Joaquin Valley SIP and those portions of the 2003 State SIP that relate to
23 the 2004 San Joaquin Valley SIP;
24  WHEREAS, Paragraph 6 of the Consent Decree authorizes EPA and Plaintiffs to extend
25 the aforementioned deadlines via written stipulation;
26  WHEREAS, EPA has stated that it intends to take final action on the 2003 State SIP, the
27 2004 San Joaquin Valley SIP, and the 2003 South Coast SIP before final action is taken on any
28 California 8-hour ozone plan, including the State Strategy for California's 2007 State

Implementation Plan, submitted on November 16, 2007, the 2007 San Joaquin Valley Ozone Plan, submitted on November 16, 2007, and the Final 2007 Air Quality Management Plan for the South Coast Air Basin and the Coachella Valley, submitted on November 28, 2007;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate to amend the deadlines in Paragraph 2 of the Consent Decree by replacing it with the following paragraph:

2. (a) EPA shall sign for publication in the Federal Register a notice of the Agency's final action on the 2003 South Coast SIP and related portions of the 2003 State SIP by January 15, 2009, pursuant to section 110(k) of the Clean Air Act. Once signed, EPA shall deliver the notice to the Office of the Federal Register for publication.

(b) EPA shall sign for publication in the Federal Register a notice of the Agency's final action or re-proposed action on the 2004 San Joaquin Valley SIP and related portions of the 2003 State SIP no later than June 30, 2009, pursuant to section 110(k) of the Clean Air Act. Once signed, EPA shall deliver the notice to the Office of the Federal Register for publication.

(c) In the event that EPA re-proposes action on the 2004 San Joaquin Valley SIP and related portions of the 2003 State SIP pursuant to Paragraph 2(b), EPA shall sign for publication in the Federal Register a notice of the Agency's final action on those SIPs by November 13, 2009, pursuant to section 110(k) of the Clean Air Act. Once signed, EPA shall deliver the notice to the Office of the Federal Register for publication.

FOR THE DEFENDANTS:

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

Dated: January 14, 2009        /s/ Rochelle L. Russell
                               ROCHELLE L. RUSSELL

United States Department of Justice
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
(415) 744-6485
rochelle.russell@usdoj.gov

FOR THE PLAINTIFFS:

Dated: January 14, 2009    /s/ Brent Newell
BRENT NEWELL
Center on Race, Poverty & the Environment
47 Kearney Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
bnewell@crpe-ej.org
Attorney for Association of Irritated Residents

Dated: January 14, 2009    /s/ Adriano Martinez
ADRIANO MARTINEZ
Natural Resources Defense Council, Inc.
1314 Second Street
Santa Monica, CA 90401
(310) 434-2300
amartinez@nrdc.org
Attorney for Natural Resources Defense Council

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/15/09

Hon. ~~~~~
Senior ~~~~~
United ~~~~~

*[Signature: Judge Samuel Conti — IT IS SO ORDERED — United States District Court, Northern District of California seal]*

Stipulation and [Proposed] Order to
Amend Consent Decree Deadlines                                      No. CV 08-00227 SC

**CERTIFICATE OF SERVICE**

I certify that on January 14, 2009, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO AMEND CONSENT DECREE DEADLINES** was served electronically via the Court's e-filing system to Counsel of Record.

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL