JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:    (415) 744-6566
Fax:    (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, and NATURAL RESOURCES DEFENSE COUNCIL, INC., | No. CV 08-00227 SC |
| Plaintiffs, | **STIPULATION TO AMEND CONSENT DECREE DEADLINE** |
| v. | **AND** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,[1] | **[PROPOSED] ORDER THEREON** |
| Defendants. | |

---

[1]      Stephen L. Johnson was previously named as the lead defendant in this case in his official capacity as Administrator of the United States Environmental Protection Agency. Pursuant to Fed. R. Civ. P. 25(d), his successor, Lisa P. Jackson, is automatically substituted. Defendant Wayne Nastri no longer holds the position of Regional Administrator for Region IX of the United States Environmental Protection Agency; his successor, however, has not yet been chosen, and he therefore remains a named defendant in this action.

WHEREAS, Plaintiffs' complaint in this matter alleges that Defendants United States Environmental Protection Agency; Lisa P. Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency; and Wayne Nastri, in his former official capacity as Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA") failed to act on the following three state implementation plans ("SIPs") within the time lines set forth in section 110(k)(2) of the Clean Air Act, 42 U.S.C. § 7410(k)(2): (1) the 2003 State and Federal Strategy for the California State Implementation Plan ("2003 State SIP"); (2) the 2004 San Joaquin Valley Extreme Ozone Attainment Demonstration Plan ("2004 San Joaquin Valley SIP"); and (3) the 2003 Air Quality Management Plan for the South Coast Air Quality Management District ("2003 South Coast SIP");

WHEREAS, on September 12, 2008, the Court entered a Consent Decree, Dkt. 21, which requires EPA to sign for publication in the Federal Register notices of the Agency's proposed actions on each of the SIPs by October 15, 2008, and notices of the Agency's final actions on each of the SIPs by January 15, 2009;

WHEREAS, EPA met the October 15, 2008 proposed action deadline for all three SIPs and the January 15, 2009 final action deadline for the 2003 South Coast SIP and those portions of the 2003 State SIP that pertain to the 2003 South Coast SIP;

WHEREAS, in light of the number of public comments received in response to EPA's proposed action on the 2004 San Joaquin Valley SIP and related portions of the 2003 State SIP, the parties stipulated to amend the Consent Decree to allow EPA additional time to take final action on those SIPs, which the Court entered as an order on January 15, 2009, Dkt. 28;

WHEREAS, the amended Consent Decree provides that EPA shall sign for publication in the Federal Register a notice of the Agency's final action or re-proposed action on the 2004 San Joaquin Valley SIP and related portions of the 2003 State SIP no later than June 30, 2009, and, in the event that EPA re-proposes action, that EPA shall sign for publication in the Federal Register a notice of the Agency's final action on those SIPs by November 13, 2009;

WHEREAS, on June 30, 2009, EPA signed a Federal Register notice re-proposing action on the 2004 San Joaquin Valley SIP and related portions of the 2003 State SIP in compliance

1   with paragraph 2(b) of the amended Consent Decree;

2        WHEREAS, the Federal Register notice for the re-proposed action was published at 74

3   Fed. Reg. 33,933 on July 14, 2009;

4        WHEREAS, EPA, in response to Plaintiffs' request, has extended the period for public

5   comment on the re-proposed action from August 13, 2009 to August 31, 2009;

6        WHEREAS, the parties agree that, due to the extended public comment period, a short

7   extension of the November 13, 2009 deadline for EPA to take final action on the 2004 San

8   Joaquin Valley SIP and related portions of the 2003 State SIP is warranted;

9        WHEREAS, Paragraph 6 of the Consent Decree authorizes the parties to extend this final

10  action deadline via written stipulation;

11       NOW THEREFORE, the parties, by and through their undersigned counsel, hereby

12  stipulate to amend the deadline in Paragraph 2(c) of the Consent Decree by replacing it with the

13  following paragraph:

14       2.    (c)    EPA shall sign for publication in the Federal Register a notice of the

15                    Agency's final action on the 2004 San Joaquin Valley SIP and related

16                    portions of the 2003 State SIP by December 11, 2009, pursuant to section

17                    110(k) of the Clean Air Act.  Once signed, EPA shall deliver the notice to

18                    the Office of the Federal Register for publication.

19

20  FOR THE DEFENDANTS:                    JOHN C. CRUDEN
                                           Acting Assistant Attorney General
21                                         Environment & Natural Resources Division

22  Dated: August 7, 2009                   /s/ Rochelle L. Russell
                                           ROCHELLE L. RUSSELL
23                                         United States Department of Justice
                                           Environmental Defense Section
24                                         301 Howard Street, Suite 1050
                                           San Francisco, CA 94105
25                                         (415) 744-6566
                                           rochelle.russell@usdoj.gov
26
    FOR THE PLAINTIFFS:
27
    Dated: August 7, 2009                   /s/ Brent Newell   (with permission)
28                                         BRENT NEWELL
                                           Center on Race, Poverty & the Environment

1
2
3
4

47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179
bnewell@crpe-ej.org
Attorney for Association of Irritated Residents

Dated: August 7, 2009

 /s/ Adriano Martinez   (with permission)
ADRIANO MARTINEZ
Natural Resources Defense Council, Inc.
1314 Second Street
Santa Monica, CA 90401
(310) 434-2300
amartinez@nrdc.org
Attorney for Natural Resources Defense Council

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _ 8/10/09 _____

Hon. Samuel C[o
Senior Judge
United States D[

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

## <u>CERTIFICATE OF SERVICE</u>

2      I certify that on August 7, 2009, a true and correct copy of the foregoing **STIPULATION**

3   **TO AMEND CONSENT DECREE DEADLINE AND [PROPOSED] ORDER THEREON**

4   was served electronically via the Court's e-filing system to Counsel of Record.

5

6                                          /s/ Rochelle L. Russell

7                                          ROCHELLE L. RUSSELL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28