IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | No. 08-cv-00227 SC <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br> **AND** <br><br> [PROPOSED] **ORDER THEREON** |

Pursuant to Paragraph 5 of the Consent Decree entered by the Court on September 12, 2008 in the above-captioned matter (Dkt. 21) and Federal Rule of Civil Procedure 41(a)(1), the parties to this action, Plaintiffs Association of Irritated Residents and the Natural Resources Defense Council, Inc. and Defendants the United States Environmental Protection Agency et al. ("EPA" or "Agency"), hereby stipulate and agree, through their undersigned counsel, that this action shall be dismissed with prejudice.

Paragraph 5 of the Consent Decree provides that the parties will jointly request the Court to dismiss this action with prejudice when the actions in Paragraphs 1 and 2 of the Consent Decree, taken pursuant to section 110(k) of the Clean Air Act, 42 U.S.C. § 7410(k), have been completed.

EPA has fulfilled the obligations set forth in Paragraph 1 of the Consent Decree, which required EPA to sign for publication in the Federal Register no later than October 15, 2008 notices of the Agency's proposed actions on the 2003 State SIP, the 2004 San Joaquin Valley SIP, and the 2003 South Coast SIP, and to deliver the notices to the Office of the Federal Register for publication. *See* Approval and Promulgation of Implementation Plans: 1-Hour Ozone Extreme Area Plan for San Joaquin Valley, CA, 73 Fed. Reg. 61,381 (Oct. 16, 2008); Approval and Promulgation of Implementation Plans; State of California; 2003 State Strategy and 2003 South Coast Plan for One-Hour Ozone and Nitrogen Dioxide, 73 Fed. Reg. 63,408 (Oct. 24, 2008).

EPA has also fulfilled the obligations set forth in Paragraph 2 of the Consent Decree, as amended on January 15, 2009 (Dkt. 28) and August 10, 2009 (Dkt. 31), which required EPA to: (1) sign for publication in the Federal Register by January 15, 2009 a notice of the Agency's final action on the 2003 South Coast SIP and related portions of the 2003 State SIP; (2) sign for publication in the Federal Register by December 11, 2009 a notice of the Agency's final action on the 2004 San Joaquin Valley SIP and related portions of the 2003 State SIP; and (3) deliver the notices to the Office of the Federal Register for publication. *See* Approval and Promulgation of Implementation Plans: 1-Hour Ozone Extreme Area Plan for San Joaquin Valley, CA, 75 Fed. Reg. 10,420 (Mar. 8, 2010); Approval and Promulgation of Implementation Plans; State of

1  California; 2003 State Strategy and 2003 South Coast Plan for One-Hour Ozone and Nitrogen
2  Dioxide, 74 Fed. Reg. 10,176 (Mar. 10, 2009).
3     Accordingly, the terms of Paragraph 5 of the Consent Decree have been satisfied, and
4  dismissal of this action with prejudice is appropriate.

5                                       Respectfully submitted,

6  FOR THE DEFENDANTS:              IGNACIA S. MORENO
                                    Assistant Attorney General
7                                   Environment & Natural Resources Division

8  Dated: April 1, 2010              /s/ Rochelle L. Russell
                                    ROCHELLE L. RUSSELL
9                                   United States Department of Justice
                                    Environmental Defense Section
10                                  301 Howard Street, Suite 1050
                                    San Francisco, CA 94105
11                                  (415) 744-6566
                                    rochelle.russell@usdoj.gov
12

13 FOR THE PLAINTIFFS:

14 Dated: April 1, 2010              /s/ Brent Newell
                                    BRENT NEWELL
15                                  Center on Race, Poverty & the Environment
                                    47 Kearney Street, Suite 804
16                                  San Francisco, CA 94108
                                    (415) 346-4179
17                                  bnewell@crpe-ej.org
                                    Attorney for Association of Irritated Residents
18

19 Dated: April 1, 2010              /s/ Adriano Martinez
                                    ADRIANO MARTINEZ
20                                  Natural Resources Defense Council, Inc.
                                    1314 Second Street
21                                  Santa Monica, CA 90401
                                    (310) 434-2300
22                                  amartinez@nrdc.org
                                    Attorney for Natural Resources Defense Council
23

24
   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
25

26

27
   Dated: April 1, 2010
28
                                    Hon. Samuel Conti
                                    Senior Judge
                                    United States District Court